# In the United States District Court
## For the Southern District Of Georgia
### Brunswick Division

ANTINTO SEANTRE JOHNSON,          *
                                  *
            Petitioner,           *          CIVIL ACTION NO.: CV214-174
                                  *
      v.                          *
                                  *
WARDEN OF CALHOUN STATE PRISON,   *
                                  *
            Respondent.           *

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which no Objections have been filed. Respondent's Motion to Dismiss, dkt. no. 7, is **GRANTED**. Johnson's petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2254, dkt. no. 1, is **DISMISSED**, without prejudice, based on Johnson's failure to exhaust his available state remedies prior to filing his petition. The Clerk of Court is **DIRECTED** to enter the appropriate judgment of dismissal and to **CLOSE** this case.

Furthermore, for the reasons stated in the Magistrate Judge's Report and Recommendation, Johnson is hereby **DENIED** a

certificate of appealability, and he is **DENIED** leave to appeal *in forma pauperis.*

**SO ORDERED**, this ___ day of ___, 2015.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA